# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-cr-00274 |
| | ) | |
| THELMA LEE JONES | ) | |

## ORDER TO DISCLOSE FINANCIAL STATEMENTS

IT IS HEREBY ORDERED THAT:

1. Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States Probation Office is authorized to release all financial documents in its possession pertaining to Defendant Thelma Lee Jones to the United States Attorney's Office Asset Forfeiture Unit including Assistant United States Attorney Debra T. Phillips and paralegals Holly Bailey, Deborah Krause, and Mechele Gentry necessary for use in identifying and locating assets including, but not limited to, the following:

   a. Net Worth Statement (PROB 48);

   b. Net Worth Short Form Statement (PROB 48EZ);

   c. Request for Net Worth Statement Financial Records (PROB 48A) and copies said financial records;

   d. Monthly Cash Flow Statement (PROB 48B);

   e. Request for Monthly Cash Flow Statement Financial Records (PROB 48C) and copies of said financial records;

   f. Declaration of Defendant or Offender Net Worth & Cash Flow Statements (PROB 48D);

   g. Request for Self-Employment Records (PROB 48F) and copies of said records; and

    h.  Financial Worksheet Lump Sum Payment Determination (PROB 48G).

IT IS SO ORDERED this ____ day of _____, 2012.

_____
Todd J. Campbell
United States District Court Judge